# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 610 |
| | : | |
| ORDER AMENDING THE NOTE | : | CIVIL PROCEDURAL RULES |
| TO RULE 1915.4-1(c) OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Note to Rule 1915.4-1(c) of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days on December 18, 2014.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.